UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:92CR00113-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| WILLIE VICK | ) | |

It now appearing to the court that the said Willie Vick died on or about October 7, 2011 At which time a remaining liability existed in the amount of $12,135.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the _10_ day of _January_, 2012

Terrence W. Boyle
U.S. District Court Judge